Lauren Sliger, Bar No. 213880
Lsliger@perkinscoie.com
PERKINS COIE LLP
1620 - 26th Street, Sixth Floor
Santa Monica, CA 90404
Telephone: (310 788-9900
Facsimile: (310) 788-3399

Chad S. Campbell (*pro hac vice appl. pending*)
CSCampbell@perkinscoie.com
David S. LaSpaluto, Bar No. 211276
DlaSpaluto@perkinscoie.com
Scott S. Minder (*pro hac vice appl. pending*)
SMinder@perkinscoie.com
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

Attorneys for Intervenor
MICROSOFT CORPORATION

ORIGINAL

FILED
2008 SEP -8 AM 10: 13
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANCORA TECHNOLOGIES, INC.,

Plaintiff,

v.

TOSHIBA AMERICA INFORMATION, SYSTEMS, INC., DELL, INC., HEWLETT-PACKARD COMPANY,

Defendant.

and

MICROSOFT CORPORATION,

Intervenor.

Case No. SACV08-626 AG (ANx)

**STIPULATION REGARDING MOTION TO INTERVENE BY MICROSOFT CORPORATION**

Date: September 29, 2008
Time: 10:00 a.m.
Place: Ct. Rm. 10D
Judge: Hon. Andrew J. Guilford

The parties, through counsel, stipulate as follows:

1. Microsoft Corporation will file (or has filed) a motion to intervene in this action.

2. Plaintiff Ancora Technologies, Inc., while not agreeing to the allegations and/or statements in Microsoft's motion, has no objection to the Court granting an order to permit Microsoft Corporation to intervene as a defendant in this action.

3. Defendant Toshiba America Information Systems, Inc. has no objection to the Court granting an order to permit Microsoft Corporation to intervene in this action.

4. Defendant Dell, Inc. has no objection to the Court granting an order to permit Microsoft Corporation to intervene in this action.

5. Defendant Hewlett Packard Company has no objection to the Court granting an order to permit Microsoft Corporation to intervene in this action.

So stipulated and agreed,

DATED: Sept 5, 2008

**BROOKS KUSHMAN P.C.**

By: [signature]

Mark A. Cantor
mcantor@brookskushman.com
John S. LeRoy
jleroy@brookskushman.com
Marc Lorelli
mlorelli@brookskushman.com
1000 Town Center
Twenty-Second Floor
Southfield, MI 48075

Attorneys for Plaintiff

DATED: Sep. 5, 2008

**FULBRIGHT & JAWORSKI LLP**

By: Michael C. Barrett

Brandon C. Fernald
bfernald@fulbright.com
Christopher R. Benson
cbenson@fulbright.com
Michael C. Barrett
mbarrett@fulbright.com
555 South Flower Street
Los Angeles, CA 90071

Attorneys for Defendant DELL, INC.

DATED: ____________, 2008

**KNOBBE, MARTENS, OLSON & BEAR, LLP**

By: ____________________

Stephen C. Jensen
Stephen.Jensen@Kmob.Com
John W. Gurka
Jon.Gurka@Kmob.Com
Irfan A. Lateef
Irfan.Lateef@Kmob.Com
Andrew J. Hall
Andrew.Hall@Kmob.Com
Litigation@Kmob.Com
2040 Main Street, Fourteenth Floor
Irvine, CA 92614

Attorneys For Defendant TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

DATED: ____________, 2008

**FULBRIGHT & JAWORSKI LLP**

By: ______________________
Brandon C. Fernald
bfernald@fulbright.com
Christopher R. Benson
cbenson@fulbright.com
Michael C. Barrett
mbarrett@fulbright.com
555 South Flower Street
Los Angeles, CA 90071

Attorneys for Defendant DELL, INC.

DATED: Sept. 5, 2008

**KNOBBE, MARTENS, OLSON & BEAR, LLP**

By: Irfan A. Lateef
Stephen C. Jensen
Stephen.Jensen@Kmob.Com
Jon W. Gurka
Jon.Gurka@Kmob.Com
Irfan A. Lateef
Irfan.Lateef@Kmob.Com
Andrew J. Hall
Andrew.Hall@Kmob.Com
Litigation@Kmob.Com
2040 Main Street, Fourteenth Floor
Irvine, CA 92614

Attorneys For Defendant TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

Sep-05-2008 09:27 AM Fenwick & West LLP 415-281-1350 5/5

DATED: Sept. 4, 2008

**FENWICK & WEST LLP**

By: [signature]
Darryl M. Woo
dwoo@fenwick.com
Heather N. Mewes
hmewes@fenwick.com
555 California Street
12th Floor
San Francisco, CA 94104

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

STIPULATION REGARDING MOTION TO INTERVENE BY MICROSOFT CORPORATION -4- SACV08-626 AG (ANx)

# PROOF OF SERVICE

I, PAMELA VILLERAL, declare:

I am a citizen of the United States and employed in Los Angeles, County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1620 26th Street, Sixth Floor, South Tower, Santa Monica, California 90404-4013. On **September 5, 2008**, I served a copy of the following document(s):

**STIPULATION REGARDING MOTION TO INTERVENE BY MICROSOFT CORPORATION**

**Service List:**

**Mark B. Mizrahi**
mmizrahi@bjtlaw.com
**BELASCO JACOBS & TOWNSLEY, LLP**
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045
Facsimile: (310) 743-1189

Attorneys for Plaintiff

**Mark A. Cantor**
mcantor@brookskushman.com
**John S. LeRoy**
jleroy@brookskushman.com
**Marc Lorelli**
mlorelli@brookskushman.com
**BROOKS KUSHMAN P.C.**
1000 Town Center
Twenty-Second Floor
Southfield, MI 48075
Facsimile: (248) 358-3351

Attorneys for Plaintiff

**Stephen C. Jensen**
stephen.jensen@kmob.com
**John W. Gurka**
jgurka@kmob.com
**Irfan A. Lateef**
Irfan.lateef@kmob.com
**Andrew Hall**
litigation@kmob.com,andrew.hall@kmob.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**

**Brandon C. Fernald**
bfernald@fulbright.com
**Christopher R. Benson**
cbenson@fulbright.com
**Michael C. Barrett**
mbarrett@fulbright.com
**FULBRIGHT & JAWORSKI LLP**
555 South Flower Street
Los Angeles, CA 90071

2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Facsimile: (949) 760-9502

Attorneys for Defendant TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

Facsimile: (213) 892-9494

Attorneys for DELL, INC.

**Darryl M. Woo**
dwoo@fenwick.com
**Heather N. Mewes**
hmewes@fenwick.com
**FENWICK & WEST LLP**
555 California Street
12th Floor
San Francisco, CA 94104
Facsimile: (415) 281-1350

Attorneys for Defendant HEWLETT-PACKARD COMPANY

**STATE BAR OF CALIFORNIA**
180 Howard Street
San Francisco, California 94015
Attention: Pro Hac Vice Program
Enclosed $50 Fee

[XX] **(BY MAIL)** I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

[XX] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **September 5, 2008**, at Santa Monica, California.

PAMELA VILLERAL